# VERIFIED RETURN OF SERVICE

**State of Florida**  **County of Southern**

Case Number: 19-CV-60095-BB


CPP2019000023

Plaintiff:
**Robbie Boone**

vs.

Defendant:
**Autonation, Inc.**

For:
Brian L. Lerner, Esq.
KIM VAUGHAN LERNER, LLP
100 S.E. 3rd Avenue
Suite 2001
Fort Lauderdale, FL 33394

Received by CIVIL PROCESS PLUS on the 11th day of January, 2019 at 10:06 am to be served on **Autonation, Inc. C/O Corporation Service Company As Registered Agent, 1201 Hays Street, Tallahassee, FL 32301**.

I, JESSICA POWELL, do hereby affirm that on the **11th day of January, 2019** at **3:00 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Kara Stover** as **Customer Service Specialist** authorized to accept service, of the within named corporation, at the address of: **1201 Hays St, Tallahassee, FL 32301** on behalf of **Autonation, Inc. C/O Corporation Service Company As Registered Agent**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 120, Hair: Red, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JESSICA POWELL
258

CIVIL PROCESS PLUS
7350 N.W. 77TH STREET
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2019000023

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n