UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60095-CIV-BLOOM/VALLE

ROBBIE BOONE,

       Plaintiff,

v.

AUTONATION, INC.,

       Defendant.
_____/

## VERIFIED CERTIFICATE OF COUNSEL

Pursuant to the Court's Order Requiring Verified Certificate of Counsel, Scheduling Report, and Certificates of Interested Parties (ECF No. 5), Plaintiff Robbie Boone ("Boone") submits this Verified Certificate of Counsel.

1. I, Brian L. Lerner, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that to the best of my knowledge, the following is true and correct.

2. I have personal knowledge of the facts set forth below.

3. Kim Vaughan Lerner LLP and myself are counsel of record for Mr. Boone.

4. Mr. Boone alleges a violation of the Americans with Disabilities Act ("ADA"). His claims however are not brought under Title III of the ADA, which involves discrimination on the basis of disabilities in the activities of places of public accommodations. Rather, Mr. Boone's claims are brought under Title I of the ADA, which

involves employment discrimination and retaliation.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 14, 2019.

_____
BRIAN L. LERNER

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

                                         s/Brian L. Lerner

## SERVICE LIST

Brian L. Lerner
blerner@kvllaw.com
Kim Vaughan Lerner LLP
One Financial Plaza
100 SE Third Avenue, Suite 2001
Fort Lauderdale, Florida 33394
Telephone:   (954) 527-1115
Facsimile:    (954) 527-1116
Attorneys for Plaintiff

Via Transmission of Notices of Electronic
Filing Generated by CM/ECF